**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>PH DIP INC.,<br>　　　　　　Debtor.<br>_____<br>YU ZHENG,<br>　　　　　　Plaintiff,<br>　　v.<br>JAMES WONG,<br>　　　　　　Defendant.<br>_____ | District Court Case No.<br>2:23-cv-02843-DMG<br><br>Bankruptcy Court Case No.<br>2:18-bk-15972-WB<br><br>Adversary Case No.<br>2:20-ap-01691-WB<br><br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation of Hon. Julia W. Brand, United States Bankruptcy Judge, on Defendant's Motion for Summary Judgment issued concurrently herewith,

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Defendant James Wong and against Plaintiff Yu Zheng as to all claims.

DATED: January 5, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE